# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2023 KW 0501

VERSUS

SETH GAGE SAVOIE                                          **MAY 30, 2023**

---

In Re:    Seth Gage Savoie, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No.
          20239.

---

**BEFORE:    McCLENDON, WELCH, AND GREENE, JJ.**

    **WRIT DENIED.**

                       **PMc**
                       **JEW**
                       **HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT